**Gary PERKINS, Employee–Appellant,**

v.

**DANIEL INTERNATIONAL, et al., Respondent.**

**No. WD 40317.**

Missouri Court of Appeals,
Western District.

Aug. 30, 1988.

V. John Kessler, St. Louis, for employee-appellant.

Kelly Pool, Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

#### ORDER

PER CURIAM.

From an award of the Labor and Industrial Commission awarding the claimant 2.5% permanent partial disability of the body as a whole and denial of temporary total and medical expenses, the employee appealed. The award of the administrative agency is found to have been supported by competent and substantial evidence.

The judgment is affirmed. Rule 84.16(b).